# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED

JAN 2 9 2013

UNITED STATES OF AMERICA,

       Plaintiff,

   vs.

ANTONIO MONTERO-LOPEZ,
aka: Jose Guerrero-Contreras
       Defendant.

CASE NO. 12cr5271 BJM

**JUDGMENT OF DISMISSAL**

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

   8:1326(a) and (b) - Removed Alien Found in the United States

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/29/2013

          William McCurine, Jr.
          U.S. Magistrate Judge